**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor : Village Pointe Property Owners Association Inc.

Case #: 26-10314 TBM

Chapter: 11

Subchapter V

## Certificate of Service

**Part 1**

I certify that on October 29, 2026, I caused to be served by prepaid first class mail complete copies of the Debtor's Motion to Approve Sale of the Property, Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363 [Dkt. No. 185], the proposed order and related exhibits [Dkt. No. 185-1 to 185-4], the related declarations [Dkt Nos. 187-189 and 192], the related notice [Dkt. No. 191], and the related supplemental notice [Dkt. No. 211] on:

**(i)** the parties on the attached hereto as Exhibit A.

**Part 2** **Signature**

Dated: 11/3/2026

By: [signature]

Darleen Sahagun
Omni Agent Solutions, Inc.
5955 DeSoto Ave., Ste 100
Woodland Hills, CA 91367
Phone: 818-906-8300
Email: dsahagun@omniagnt.com

# EXHIBIT A

**EXHIBIT A**

Service List

| Creditor | Address | | | | |
|---|---|---|---|---|---|
| A Lemieux | 340 S Lemon Ave, Ste 1903 | Walnut, CA 91789-2706 | | | |
| Amanda Essenmacher | 1716 Bellehaven Ct NE | Albuquerque, NM 87112 | | | |
| Amanda Essenmacher | 7316 ONATE CT NE | ALBUQUERQUE, NM 87109 | | | |
| Anita Lee | 267 HARBOUR VIEW DR | WHITE STONE, VA 22578 | | | |
| Anita Lee | 3605 Windjammer Dr | Colorado Springs, CO 80920 | | | |
| Archuleta County Treasurer | 449 San Juan St | Pagosa Springs, CO 81147 | | | |
| Archuleta County Treasurer | 305 Village Dr | Pagosa Springs, CO 81147 | | | |
| Arlene Muthersbough | 4922 Harvard St | Amarillo, TX 79109 | | | |
| Assemblie of God New Mexico | a/k/a New Mexico District Council, Assemblies of God, Inc. | Attn Bryan Hallmark, Director | 121 Siringo Rd., | Santa Fe, NM 87505 | |
| Assemblie of God New Mexico, | a/k/a New Mexico District Council, Assemblies of God, Inc. | Dereck S. Owen, Director | 6640 Caminito Coors NW | Albuquerque, NM 87120 | |
| Audrey Romero | 17 DON BERNARDO | SANTA FE, NM 87506 | | | |
| Audrey Romero | P.O. Box 713 | Cedar Crest, NM 87008 | | | |
| Barbara Yaschik | P.O. Box 12617 | Denver, CO 80212 | | | |
| Beth Ann Jeter | P.O. Box 1078 | Onset, MA 02558 | | | |
| Beth Ann Jeter | 87 CANDLEWICK CT | FROSTBURG, MD 21532 | | | |
| Betty Boyce Mcgrath | 7615 63RD ST | LUBBOCK, TX 79407 | | | |
| Betty Boyce Mcgrath | 4921 Matador Trl | Amarillo, TX 79109 | | | |
| Betty Molina Short | 14518 THICKETT RIDGE LN | RIXEYVILLE, VA 22737 | | | |
| Betty Molina Short | 13447 Broadview Ln | Culpeper, VA 22701-4219 | | | |
| Beverly Dale | 1306 E Cedar Dr | Stillwater, OK 74075 | | | |
| Billeye Juarez | 5009 Morning Splash Ave | Las Vegas, NV 89131 | | | |
| Billeye Juarez | 22996 190TH ST NW | BIG LAKE, MN 55309 | | | |
| Brian Scherbaum | 110 E End Ave, Unit 10 | New York, NY 10028 | | | |
| Brian Scherbaum | 860 W RIVER ST | MILFORD, CT 6461 | | | |
| Cailen Morgan Wattenbarger | 67 Canyon Dr | London, KY 40741 | | | |
| Cailen Morgan Wattenbarger | 108 WILDERNESS LN | CORBIN, KY 40701 | | | |
| Carolyn Gray Estate | Rr 2, Box 65A | Ft Cobb, OK 73038-9802 | | | |
| Cecily Cass | 340 Peregrine Pt | Eaton, CO 80615 | | | |
| Cecily Cass | 4527 24TH STREET RD | APT 305 | GREELEY, CO 80634 | | |
| Charles Webb | 73-993 AHIKAWA ST | KAILUA KONA, HI 96740 | | | |
| Charles Webb | 1970 Okeechobee Dr | Colorado Springs, CO 80915 | | | |
| Chris W. Hornick, as Registered Agent, CWH Research Inc. | 7896 Sundance Trail | Parker, CO 80138 | | | |
| Christina Winsey Rudd | 5233 PALOS VERDES DR | SARASOTA, FL 34231 | | | |
| Christina Winsey Rudd | 3217 Campbell St | Sarasota, FL 34231 | | | |
| Clara Ward | 5444 8th St | Lubbock, TX 79416 | | | |
| Clara Ward | 712 CREEK VALLEY CT | # 4 | ALLEN, TX 75002 | | |
| Consuelo Velarde | 3126 OLDENBURG RD NE | RIO RANCHO, NM 87144 | | | |
| Consuelo Velarde | P.O. Box 610 | Cuba, NM 87013 | | | |
| CWH Research Inc. | Attn President, CEO or other Officer | 7896 Sundance Trail | Parker, CO 80138 | | |
| Daniel Roach | 2010 Olive Ln N | Plymouth, MN 55447 | | | |
| Daniel Roach | 3021 BRINGHURST ST | HOUSTON, TX 77026 | | | |
| Darsi Beasley | 2010 Olive Ln N | Plymouth, MN 55447 | | | |
| Darsi Beasley | 13660 RIVERVIEW DR NW | ELK RIVER, MN 55330 | | | |
| Donna Steele Estate | 5943 S Otis Ct | Littleton, CO 80123 | | | |
| Douglas Robinson | 1431 Walnut St, Lot C9 | Canon City, CO 81212 | | | |
| Eddie Romero | Pvt Dr 1030, House 8 | Alcalde, NM 87511 | | | |
| Edward Taylor | 9516 Ridge Vista Dr NE | Albuquerque, NM 87122 | | | |
| Ellen Estes | 125 N CHELMSFORD ST | WICHITA, KS 67230 | | | |
| Ellen Estes | 8514 E Lakeland Dr | Wichita, KS 67207 | | | |
| Frances Hardwick | 4650 S Highland Dr, Apt 220 | Salt Lake City, UT 84117 | | | |
| Francine Olmstead Executor | 1620 Indian School Rd NE, Apt 221 | Albuquerque, NM 87102 | | | |
| Gregory Mills | 5832 Trigg Dr | Westworth Village, TX 76114 | | | |
| Heather Davis | P.O. Box 730 | Roy, WA 98580 | | | |
| Heather Davis | 44864 KAISER RD | RONAN, MT 59864 | | | |
| International Holiday Systems | 7690 W Cheyenne Ave, Ste 200 | Las Vegas, NV 89129 | | | |
| Irma Myers Trustee | 16273 Citrine Dr | Noblesville, IN 46060 | | | |
| IRS | PO BOX 7346 | PHILADELPHIA, PA 19101-7346 | | | |
| Isabella Alexander Estate | 1450 EAGLE RIDGE RD | PRESCOTT, AZ 86301 | | | |
| Isabella Alexander Estate | 3704 N Asbury Ave, Apt 254 | Bethany, OK 73008 | | | |
| J Finnegan | 620 Canyon Creek Rd | Grand Junction, CO 81507 | | | |
| James Brewster | 9558 W COUNTY ROAD 7 N | DEL NORTE, CO 81132 | | | |
| James Brewster | 516 Horn Baker Ct | Clifton, CO 81520 | | | |
| Janice Littlehales Trustee | P.O. Box 542, Rte 5 | Amarillo, TX 79105 | | | |
| Jennifer Gage | 2522 PIER DR | RUSKIN, FL 33570 | | | |
| Jennifer Gage | 5231 95th St | Lubbock, TX 79424 | | | |
| Jennifer Gage | 4604 92nd St | Lubbock, TX 79424 | | | |
| Joan Gilbertson | 153 Silva Ct | Corrales, NM 87048 | | | |
| Joan Gilbertson | PO BOX 53388 | ALBUQUERQUE, NM 87153 | | | |
| Joanne Denton | 2502 S 4TH ST | TUCUMCARI, NM 88401 | | | |
| Joanne Denton | 1311 S 3rd St | Tucumcari, NM 88401 | | | |
| Joanne Smith | 110B Birch Cir | Eglin Afb, FL 32542 | | | |
| Joanne Smith | 1065 W 2450 N | # N | CLEARFIELD, UT 84015 | | |
| Joe Gomez Estate | 21201 Owens Dr | Luther, OK 73054 | | | |
| Joel Davis | 44864 Kaiser Rd | Ronan, MT 59864 | | | |
| John Kyle | 10228 Calle Dichoso Ct NW | Albuquerque, NM 87114 | | | |
| Judith Nottrott Estate | 1620 Indian School Rd NE, Apt 221 | Albuquerque, NM 87102 | | | |
| K&l Gates LLP | Attn: Jonathan N Edel | 300 S Tryon St, Ste 1000 | Charlotte, NC 28202 | | |
| K&l Gates LLP | Attn: Brandy A Sargent | 1 Sw Columbia St, Ste 1900 | Portland, OR 97204 | | |
| K&l Gates LLP | Attn: Daniel M Eliades | 1 Newark Ctr, 10th Fl | 1085 Raymond Blvd | Newark, NJ 07102 | |
| Katherine Robinson | 527 N Hollywood St | Ft Collins, CO 80521 | | | |
| Kearns & Alexander | 2504 Horse Trl Rd | Edmond, OK 73012 | | | |
| Kenneth Beale | 5923 Spanish Oak Dr | Houston, TX 77066 | | | |
| Kerry Capshaw | 2815 Majesty Ct | Norman, OK 73072 | | | |
| Kimberly Buckler | 301 Boulder St | Minturn, CO 81645 | | | |
| Kimberly Peterson | 1350 17th St, Ste 300 | Denver, CO 80202 | | | |
| Kristi Burden | P.O. Box 1241 | Elizabethtown, KY 42702 | | | |
| Kristi Burden | 15 BRIARWOOD CIR | ELIZABETHTOWN, KY 42701 | | | |
| Lars Eilers | 2617 LONG LASSO PASS | LEANDER, TX 78641 | | | |
| Lars Eilers | 2732 Zambia Dr | Cedar Park, TX 78613 | | | |
| Lillian Pack | 505 S ANGLIN ST | CLEBURNE, TX 76031 | | | |
| Lillian Pack | 2815 Perkins Rd | Arlington, TX 76016 | | | |
| Linda Ludwig | 8423 SHOULDERS RD | PEYTON, CO 80831 | | | |
| Linda Ludwig | P.O. Box 405 | Byers, CO 80103 | | | |
| Linda Taylor | 9516 Ridge Vista Dr. NE | Albuquerque, NM 87122-2241 | | | |
| Lisa Kollman Estate | P.O. Box 122 | Los Alamos, NM 87544 | | | |
| Loaknath, Kishore BCPA PA, as Registered Agent | Timeshare Freedom LL | a/k/a Timeshare Freedom LLC | 8818 Commodity Circle | Suite 42 | Orlando, FL 32819 |
| Lois Branan | P.O. Box 441 | Moriarty, NM 87035 | | | |
| Louann Gomez Estate | 21201 Owens Dr | Luther, OK 73054 | | | |
| Lucy Kyle | 10228 Calle Dichoso Ct NW | Albuquerque, NM 87114 | | | |
| Lydia Martinez | 517 Gold Ave SW | Albuquerque, NM 87102 | | | |
| Lydia Martinez | 1208 GOLD AVE SW | ALBUQUERQUE, NM 87102 | | | |
| Lynley Eilers | 3374 HAMILTON WAY | LOS ANGELES, CA 90026 | | | |
| Lynley Eilers | 2732 Zambia Dr | Cedar Park, TX 78613 | | | |
| Manuel Martinez | 9523 Admiral Dewey Ave NE | Albuquerque, NM 87111 | | | |
| Margaret Mills | 3700 Beneva Oaks Blvd | Sarasota, FL 34238 | | | |
| Margaret Mills | 21 CALLE DE MONTANAS | SANTA FE, NM 87507 | | | |
| Mark Mueller | 10819 W 101ST ST | OVERLAND PARK, KS 66214 | | | |
| Mark Mueller | 1 Rambler Rd | Hutchinson, KS 67502 | | | |
| Marshall Hass | 3 REGAL CT | GREENSBORO, NC 27410 | | | |

| Creditor | Address | | | | |
|---|---|---|---|---|---|
| Marshall Hass | 5223 Herzell Woods Ct | Fairfax, VA 22032 | | | |
| Martin Steele Estate | P.O. Box 270902 | Littleton, CO 80127 | | | |
| Mary Ann Bodeker | 115 Myrtle Dr | New Boston, TX 75570 | | | |
| Mary Ann Bodeker | 115 MYRTLE DR | # 1968 | NEW BOSTON, TX 75570 | | |
| Mary Doris Rounds, Estate | 3665 S Needles Hwy, Apt 62D | Laughlin, NV 89029 | | | |
| Melinda Gunn | 65 RUSSELL HILL CV | PIPERTON, TN 38017 | | | |
| Melinda Gunn | 4624 S Georgia St | Amarillo, TX 79110 | | | |
| Michael Bea | PO BOX 2274 | BORREGO SPRINGS, CA 92004 | | | |
| Michael Bea | 2377 Hoberg Rd | Borrego Springs, CA 92004 | | | |
| Michael Decker | 6035 Ursa Ln | Colorado Springs, CO 80919 | | | |
| Michael E. Dickenson, as Registered Agent | Assemblie of God New Mexico | a/k/a New Mexico District Council, Assemblies of God, Inc. | 6640 Caminito Coors NW | Albuquerque, NM 87120 | |
| Minita Heed | 289 Melrose Dr | Colona, IL 61241 | | | |
| Molly Willie | 10322 Hunterwood Way | Highlands Ranch, CO 80130 | | | |
| Molly Willie | 9667 GOLDEN EAGLE AVE | HIGHLANDS RANCH, CO 80129 | | | |
| Nancy Chisham | 13595 CHANDLER ST | OMAHA, NE 68138 | | | |
| Nancy Chisham | 15821 W Dodge Rd, Ste 162 | Omaha, NE 68118 | | | |
| Nancy Lewis | 533 Tiara Dr | Grand Junction, CO 81507 | | | |
| Nancy Lewis | 794 SPUR CROSS WAY | GRAND JUNCTION, CO 81505 | | | |
| Neil Jehle | 2140 N Chablis Ct | Visalia, CA 93291 | | | |
| Neil Jehle | 1910 FEDERAL AVE E | SEATTLE, WA 98102 | | | |
| Netta Jarrett | 394 Windjammer Dr | May, TX 76857 | | | |
| Netta Jarrett | PO BOX 115 | COMANCHE, TX 76442 | | | |
| Norman Gray Trustee | 414 CONNIE AVE | LOS ALAMOS, NM 87544 | | | |
| Norman Gray Trustee | 1108 Titleist Dr NE | Albuquerque, NM 87112 | | | |
| Pagosa Lakes Property Owners Association | 230 PORT AVENUE | PAGOSA SPRINGS, CO 81147-9863 | | | |
| Pamela Adkins | 12804 NW 5TH ST | YUKON, OK 73099 | | | |
| Pamela Adkins | 226 Persimmon Ridge Rd | Blanchard, OK 73010 | | | |
| Partnership, HPJ Family Ltd | a/k/a HPJ Family Partnership Ltd. | Attn Manager, Director, Partner, or Officer | 16632 Parkhurst Rd. | Edmond, OK 73013 | |
| Patricia Brewster | P.O. Box 40538 | Grand Junction, CO 81504 | | | |
| Patricia Brewster | 516 HORN BAKER CT | CLIFTON, CO 81520 | | | |
| Patricia Kay Duncan Estate | P.O. Box 96, Rte 1 | Ottawa, KS 66067 | | | |
| Patrick Mcdaniel | 2130 PLAZUELA VISTA | SANTA FE, NM 87505 | | | |
| Patrick Mcdaniel | 3104 El Toboso Dr NW | Albuquerque, NM 87104 | | | |
| Paula Colyer | P.O. Box 154 | Sedalia, CO 80135 | | | |
| Paula Colyer | 1718 GALE ST | ENGLEWOOD, FL 34223 | | | |
| Peter Bartlett | 3202 FENNEL LN | SAN LUIS OBISPO, CA 93401 | | | |
| Peter Bartlett | 404 Powell Cir, Unit B | Austin, TX 78704 | | | |
| Phil Pennington, as Registered Agent | Partnership, HPJ Family Ltd | a/k/a HPJ Family Partnership Ltd. | 3512 Harris Dr. | Edmond, OK 73013 | |
| Phyllis Moore Estate | Rr 2 Box 232 | Mt Vernon, MO 65712 | | | |
| Ray Mcdade | PO BOX 2112 | CLOVIS, NM 88102 | | | |
| Ray Mcdade | 105 Diamante Pl | Belen, NM 87002 | | | |
| Raymond Adkins | 12804 NW 5TH ST | YUKON, OK 73099 | | | |
| Raymond Adkins | 226 Persimmon Ridge Rd | Blanchard, OK 73010 | | | |
| Richard Hylton | 3800 S Decatur Blvd, Spc 107 | Las Vegas, NV 89103 | | | |
| Richard Rehder | 2025 EMERSON ST | DENVER, CO 80205 | | | |
| Richard Rehder | 1050 N Logan St, Apt A | Denver, CO 80203 | | | |
| Richard Rounds | 6813 Via Campestre | Las Cruces, NM 88007 | | | |
| Richard Rounds | 1642 MCCULLOCH BLVD N | # 185 | LAKE HAVASU CITY, AZ 86403 | | |
| Rita Dowty | P.O. Box 174 | Custer City, OK 73639 | | | |
| Rita Dowty | 1516 NEPTUNE DR | CLINTON, OK 73601 | | | |
| Robert Kimble | 7031 BANNISTER ST | MC GREGOR, TX 76657 | | | |
| Robert Kimble | P.O. Box 314 | Alto, NM 88312 | | | |
| Robert Tridle | 2040 Stockwell St | Lincoln, NE 68502 | | | |
| Rochelle Crimin | 6074 Gordon Creek Ave | Las Vegas, NV 89139 | | | |
| Rose Marquez | 27 Alcalde Rd | Santa Fe, NM 87508 | | | |
| Rose Marquez | 1516 LUISA ST | APT 4 | SANTA FE, NM 87505 | | |
| Ryan Livingston | 7065 W Ann Rd 130-109 | Las Vegas, NV 89130 | | | |
| Sally Jean Walsh Estate | 6490 W Oraibi Dr | Glendale, AZ 85308 | | | |
| Sally Metzger | 4506 Copperfield Dr | Grapevine, TX 76051 | | | |
| Sally Metzger | 319 HOBBY ST | GEORGETOWN, TX 78633 | | | |
| Sandy Wright | 24020 S Sunny Side Dr | Sun Lakes, AZ 85248 | | | |
| Sandy Wright | 650 N PENROD RD | # 573 | SHOW LOW, AZ 85901 | | |
| Sara Coonrod | 4 Auburn Ridge Ct | St Peters, MO 63376 | | | |
| Sara Coonrod | 3046 ROCKWOOD TRL | SAINT CHARLES, MO 63303 | | | |
| Sarah Burcham | 1851 Abbotsford Dr. | Vienna, VA 22182-3302 | | | |
| Sarah Burcham | 6140 S PARIS ST | ENGLEWOOD, CO 80111 | | | |
| Scott Williams Stegenga | 10711 Juniper Ln | St John, IN 46373 | | | |
| Scott Williams Stegenga | 14875 W 197TH AVE | LOWELL, IN 46356 | | | |
| Securities and Exchange Commision, Central Regional Office | 1961 Stout St. | Ste. 1700 | Denver, CO 80294-1700 | | |
| Securities and Exchange Commision, Midwest Regional Office | 175 W. Jackson Blvd. | Ste. 900 | Chicago, IL 60604-2815 | | |
| Sharri Piotrowski | 10727 112TH ST SW | TACOMA, WA 98498 | | | |
| Sharri Piotrowski | P.O. Box 496 | Fox Island, WA 98333 | | | |
| Shirley Bengston Estate | 823 Staffordshire Ln | Sun City Center, FL 33573 | | | |
| Star Bengston Executor | 823 Staffordshire Ln | Sun City Center, FL 33573 | | | |
| Stephanie Romero | Pvt Rd 1030, House 8 | Alcalde, NM 87511 | | | |
| Stephanie Williams | 1141 Mesa Loop NW | Los Lunas, NM 87031 | | | |
| Steven Mcdonald | 718 Widgeon Cir | Longmont, CO 80503 | | | |
| Susan Collier | Rt 1, Box 18-2 | Fritch, TX 79036-0000 | | | |
| Susan Collier | 13304 DURANGO DR | AMARILLO, TX 79111 | | | |
| Susan Petry | 200 8th St S | Fargo, ND 58103 | | | |
| Susan Petry | 1106 4TH AVE S | FARGO, ND 58103 | | | |
| Susan Runion | 13734 W Cambridge Ave | Goodyear, AZ 85395 | | | |
| Susan Runion | 176 S 224TH DR | BUCKEYE, AZ 85326 | | | |
| Teresa Caswell | 5802 87TH ST | LUBBOCK, TX 79424 | | | |
| Teresa Caswell | 1903 E Tate St | Brownfield, TX 79316 | | | |
| Tiffany Box | 5505 WOOD CIR | SAN ANGELO, TX 76904 | | | |
| Tiffany Box | 3306 Briargrove Ln | San Angelo, TX 76904 | | | |
| Timeshare Freedom LL | a/k/a Timeshare Freedom LLC | Attn Jessica Romanyszyn, Managing Member | 1319 Johns Cove Lane | Oakland, FL 34787 | |
| Timeshare Freedom LL | a/k/a Timeshare Freedom LLC | Attn Manager, Member, or other Officer | 7350 Futures Dr., | Ste 17 | Orlando, FL 32819 |
| Timeshare Freedom LL | a/k/a Timeshare Freedom LLC | Attn Serge Romanyszyn, Managing Member | 1319 Johns Cove Lane | Oakland, FL 34787 | |
| Virginia Vaughan Taff | 3613 Kelly Ct | Phenix City, AL 36867 | | | |
| Virginia Vaughan Taff | 4009 DRIFTING SAND TRL | DESTIN, FL 32541 | | | |
| Walter Jeter | 1420 Renaissance Dr, Apt E303 | Longmont, CO 80503 | | | |
| Walter Jeter | 87 CANDLEWICK CT | FROSTBURG, MD 21532 | | | |
| Wanda Roach | 2010 Olive Ln N | Plymouth, MN 55447 | | | |
| Wanda Roach | 3010 BECKER RD | MAPLE PLAIN, MN 55359 | | | |
| Worldmark The Club | 10750 W Charleston Blvd | Ste 150 | LAS VEGAS, NV 89135-1043 | | |
| Wyndham Vacation Management, Inc. | 6277 Sea Harbor Dr | Orlando, FL 32821-8043 | | | |
| Yvonne Meakin | PO BOX 2274 | BORREGO SPRINGS, CA 92004 | | | |
| Yvonne Meakin | 2377 Hoberg Rd | Borrego Springs, CA 92004 | | | |